| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | EMILIO RAMIREZ-MORALES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00203 LJO-SKO-1 |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER THEREON** |
| vs. | Date: April 29, 2019 |
| EMILIO RAMIREZ-MORALES, | Time: 8:30 a.m. |
| Defendant. | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the change of plea hearing set for Monday, April 1, 2019 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, be continued to Monday, April 29, 2019 at 8:30 a.m.

The parties wish to continue the change of plea hearing, as the parties are still awaiting confirmation from U.S. Probation that the related supervised released matter in this case has been transferred to this district. The parties believe this can be accomplished in short order, but will need additional time to confer with probation and ensure the transfer is complete prior to the change of plea.

//

//

Based on the foregoing the parties agree that the ends of justice served by continuing the hearing for change of plea outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: March 28, 2019      */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
EMILIO RAMIREZ-MORALES

MCGREGOR SCOTT
United States Attorney

DATED: March 28, 2019      */s/ Laura Withers*
LAURA WITHERS
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the change of plea hearing set for Monday, April 1, 2019 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, be continued to Monday, April 29, 2019 at 8:30 a.m. Pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and for the reasons set forth above, time is excluded through April 29, 2019.

IT IS SO ORDERED.

Dated:  **March 28, 2019**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE